**DENNIS STEINMAN,** OSB No. 954250
dsteinman@kelrun.com
**ZACHARY B. WALKER,** OSB No. 115461
zwalker@kelrun.com
**SCOTT J. ALDWORTH,** OSB No. 113123
saldworth@kelrun.com
Kell, Alterman & Runstein, L.L.P.
520 S.W. Yamhill, Suite 600
Portland, OR  97204
Telephone: 503/222-3531
Fax: 503/227-2980
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| A.V., a minor, by and through Anna McFaul and Benjamin Vidic, as guardians of A.V.; ANNA MCFAUL, individually; and BENJAMIN VIDIC, individually,<br><br>      Plaintiffs,<br><br>  v.<br><br>BEAVERTON SCHOOL DISTRICT, an Oregon school district,<br><br>      Defendant | CV. 3:18-CV-00343-YY<br><br>**STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE** |

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of this action in its entirety with prejudice and without an award of fees or costs to either party.

  IT IS SO ORDERED:

_____

Page 1- Stipulation of Dismissal of Claims With Prejudice

**KELL, ALTERMAN & RUNSTEIN, L.L.P.**
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980

IT IS SO STIPULATED:

| | |
|---|---|
| KELL, ALTERMAN & RUNSTEIN, L.L.P. | MILLER NASH GRAHAM & DUNN LLP |
| | |
| s/Zachary B. Walker | s/Michael Porter |
| DENNIS STEINMAN, OSB # 954250 | Michael Porter, P.C., OSB No. 003560 |
| ZACHARY B. WALKER, OSB #115461 | 503/24-5858 |
| SCOTT J. ALDWORTH, OSB #113123 | *Attorneys for Defendants* |
| 503/222-3531 | |
| *Attorneys for Plaintiffs* | |

Page 2- Stipulation of Dismissal of Claims With Prejudice

**KELL, ALTERMAN & RUNSTEIN, L.L.P.**
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980