**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

    Attorneys for Defendant
    Beaverton School District

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **A.V.**, a minor, by and through Anna McFaul and Benjamin Vidic, as guardians of **A.V.**; **ANNA MCFAUL**, individually; and **BENJAMIN VIDIC**, individually,<br><br>    Plaintiff,<br><br>v.<br><br>**BEAVERTON SCHOOL DISTRICT**, an Oregon school district,<br><br>    Defendant. | CV No. 3:18-cv-00343-YY<br><br>FILING OF SETTLEMENT AGREEMENT PURSUANT TO ORS 17.095(3) |

    ORS 17.095(3) states:

"Any public body, or officer, employee or agent of a public body, who is a defendant in an action under ORS 30.260 to 30.300, or who is a defendant in an action under ORS 294.100, shall file with the court a full and complete disclosure of the terms and conditions of any settlement or compromise of the claims against the public body, its officers, employees or agents.  The disclosure shall be filed prior to the dismissal of the action."

Page 1 -    Filing of Settlement Agreement Pursuant to ORS 17.095(3)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

As required by the statute, Beaverton School District hereby files the attached agreed-to settlement agreement and release.

DATED this 18th day of December, 2019.

    MILLER NASH GRAHAM & DUNN LLP

s/Michael Porter
Michael Porter, OSB No. 003560
mike.porter@millernash.com
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

Attorneys for Defendant
Beaverton School District

4831-1991-6718.1

Page 2 -    Filing of Settlement Agreement Pursuant to ORS 17.095(3)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204